**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00370-CR**

**BRANDON MICHAEL HAMEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 14546JD**

_____

**MEMORANDUM OPINION**

A grand jury indicted Appellant, Brandon Michael Hamel, ("Hamel" or "Appellant") for two offenses: (1) sexual assault of a child in cause number 14546JD, and (2) possession of child pornography in cause number 14683JD. *See* Tex. Penal Code Ann. §§ 22.011(a)(2), 43.26(a)(1). These offenses are a second and a third-degree felony, respectively. *See id*. §§ 22.011(f), 43.26(d). Although the two

cases were consolidated for trial and heard by a single jury, which convicted Hamel on both charges, we are issuing separate opinions in these appeals.[1]

Hamel's appellate brief argues only that the evidence was insufficient to convict Hamel of possession of child pornography. Although Hamel mentions other possible arguments, he states that the issue mentioned "is the only issue that would be appropriate for review." We therefore construe Hamel's brief as an *Anders* brief as it applies to Appeal No. 09-23-00370-CR and accordingly directed Hamel's appointed appellate counsel to file a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We also directed counsel to mail a copy of the brief and his motion to withdraw to Hamel by August 18, 2025.

An *Anders* brief presents counsel's professional evaluation of the record and concludes the appeal of Appeal No. 09-23-00370-CR is frivolous. When filing his Motion to Withdraw, counsel notified Appellant of his right to file a pro se brief and notified him of the deadline for doing so. Pursuant to Appellant's request to examine the appellate record, on November 10, 2025, we directed the clerk of the trial court to provide Appellant access to a copy of the reporter's record and the clerk's record on or before December 9, 2025, and to provide written verification to this Court of

---

[1] We affirmed Hamel's conviction for possession of child pornography. *See Hamel v. State*, No. 09-23-00371-CR, 2025 Tex. App. LEXIS 6685 (Tex. App.—Beaumont Aug. 27, 2025, pet. ref'd) (mem. op., not designated for publication).

the date and manner in which the appellate record was provided. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). The trial court did so, and we informed Appellant of his February 23, 2026 deadline to file a pro se brief, but we received no response from Appellant.

Upon receiving an *Anders* brief, this Court must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire appellate record and counsel's brief, and we agree with counsel's conclusion that no arguable issues support the appeal in Appeal No. 09-23-0370-CR. *See Bledsoe v. State*, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1."). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

---

[2] Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

JAY WRIGHT
Justice

Submitted on July 8, 2025
Opinion Delivered March 18, 2026
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.